UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URBCAM/WSU I, LLC,

    Plaintiff,

vs.

Case No. 12-CV-15686
HON. GEORGE CARAM STEEH

LEXINGTON INSURANCE CO.,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. 66)

Defendant filed a motion to amend its counterclaim and affirmative defense to allege a fraud claim. The magistrate judge denied the motion to amend the counterclaim but granted the motion to amend the affirmative defense. On February 10, 2014, the court entered an order affirming the magistrate judge's order, in part, as to the denial of defendant's motion to add a fraud counterclaim, and reversing, in part, his order granting defendant's motion to add an affirmative defense of fraud. (Doc. 61). On March 14, 2014, defendant filed an untimely motion for reconsideration of that order. (Doc. 66). Because defendant's motion is untimely under Local Rule 7.1(h) (1), the motion is DENIED.

    **IT IS SO ORDERED.**

Dated: March 19, 2014

                                                 s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 19, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk