UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URBCAM/WSU I, LLC,

    Plaintiff,

vs.

Case No. 12-CV-15686
HON. GEORGE CARAM STEEH

LEXINGTON INSURANCE CO.,

    Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AS MOOT

Plaintiff has filed a motion to strike Defendant's Reply brief on the grounds that it raises new issues not addressed in Defendant's original motion to appoint a disinterested and impartial umpire, or in the alternative, seeks leave to file a surreply brief as attached to its motion.  The court shall consider the surreply brief and Plaintiff's motion to strike (Doc. 79) is DENIED as moot.

**IT IS SO ORDERED.**

Dated:  July 9, 2014

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 9, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk